UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY C. KENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:15-CV-2257-G (BH) |
| GREY ABBOTT, State of Texas Governor, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. To the extent that the *pro se* plaintiff seeks a writ of mandamus against the Governor, his action will be dismissed without prejudice for lack of subject matter jurisdiction by separate judgment. To the extent that he sues the Governor of the State of Texas under 42

U.S.C. § 1983, his complaint will be dismissed with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED**.

August 19, 2015.

_____
**A. JOE FISH**
**Senior United States District Judge**